UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALYSHA JONES,<br><br>Defendant. | CR20-092 JCC-11<br><br>ORDER ISSUING BENCH WARRANT<br>SUPERSEDING INDICTMENT |

A Superseding Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that a Bench Warrant shall be issued and conditions of release shall be fixed at time of initial appearance in this case.

DATED this 6th day of August, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

**SECRET:   YES _____   NO ___X___**

ORDER ISSUING BENCH WARRANT – 1
SUPERSEDING INDICTMENT

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970