THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0092-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ALAN GOMEZ-MARENTES *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's Luis Zavala-Sanchez's *ex parte* motion for an order appointing a coordinating discovery attorney (Dkt. No. 241). The Court hereby REFERS the motion to the Honorable Brian A. Tsuchida, United States Magistrate Judge.

DATED this 1st day of September 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
CR20-0092-JCC
PAGE - 1