Honorable John C. Coughenour
Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALAN GOMEZ-MARENTES, et al.,<br><br>Defendants. | CASE NO.  CR20-092JCC<br><br>**NOTICE OF RELATED CASES** |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CESAR VALDEZ-SANUDO, et al.,<br><br>Defendants. | NO. CR20-217RAJ<br><br>**NOTICE OF RELATED CASES** |

Comes now the United States of America, by Brian T. Moran, United States Attorney for the Western District of Washington, and Amy Jaquette and Marci L. Ellsworth, Assistant United States Attorneys for said District, and respectfully submits the following Notice of Related Cases pursuant to Local Criminal Rule 13(a) and (b). The two cases captioned above are related cases.

On July 23, 2020, the Grand Jury charged Alan GOMEZ-MARENTES and 18 other members of a large drug trafficking organization (DTO) with one count of

NOTICE OF RELATED CASES
*United States v. ALAN GOMEZ-MARENTES, et al.,* CR 20-092JCC
*United States v. CESAR VALDEZ-SANUDO, et al.,* CR 20-217RAJ – 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
TEL: 206-553-7970

Conspiracy to Distribute Controlled Substances, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1) and 846 (Count 1), and two of those individuals in a related count of Conspiracy to Commit Money Laundering (Count 4), in violation of Title 18, United States Code, Section 1956.  (CR 20-092JCC, Dkt. 1.)  On July 28, 2020, agents arrested many of the 19 indicted defendants during a coordinated takedown of the investigation.  On August 7, 2020, the grand jury returned a Superseding Indictment charging a number of substantive counts and adding one additional defendant.  (CR 20-092JCC, Dkt. 152.)

The July 28, 2020 takedown was the culmination of more than a year of investigation into a DTO distributing multi-kilogram quantities of narcotics in Western Washington.  The investigation was led by the Drug Enforcement Administration, in partnership with Homeland Security Investigations, the Bureau of Alcohol, Tobacco, Firearms, and Explosives, and the Federal Bureau of Investigation.  The investigation began in January 2019 and involved numerous periods of court-authorized wiretaps, controlled purchases of drugs using confidential sources, and hundreds of hours in physical and electronic surveillance.

At the time of the takedown in CR 20-092 JCC, investigators elected to hold off on indicting (or arresting) a subset of the targets of the investigation – specifically, Cesar VALDEZ-SANUDO and his criminal associates.  Rather, agents continued to investigate this group of individuals and received court-authorization to conduct additional wiretaps.

On December 9, 2020, the Grand Jury returned an Indictment charging this subset of the larger investigation in a separate conspiracy.  This Indictment charged 11 members of a DTO with one count of Conspiracy to Distribute Controlled Substances, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1) and 846 (Count 1), and two of those individuals in a related count of Conspiracy to Commit Money Laundering (Count 3), in violation of Title 18, United States Code, Section 1956.  (CR20-217RAJ, Dkt. 1.)  On December 16, 2020, agents arrested the 11 indicted defendants during a coordinated takedown of the investigation.

NOTICE OF RELATED CASES
*United States v. ALAN GOMEZ-MARENTES, et al.*, CR 20-092JCC
*United States v. CESAR VALDEZ-SANUDO, et al.*, CR 20-217RAJ – 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
TEL: 206-553-7970

1    These two cases are related, as they rely in large part on the same wiretap

2  pleadings, involve common co-conspirators, and contain instances of overlapping

3  surveillance.  Due to the overlap between the two cases (CR20-092JCC and CR20-

4  217RAJ), the United States files this notice of related cases and requests that both cases

5  be assigned to the same judge.  The United States does not intend to join the cases for

6  trial; however, it does seek to litigate any challenges to the underlying investigation –

7  which will necessarily rely on common issues of law and fact – before the same Court.

8    DATED this 21st day of December, 2020.

9                    Respectfully submitted,

10                   BRIAN T. MORAN

11                   UNITED STATES ATTORNEY

12                   */s/ Amy Jaquette*

13                   AMY JAQUETTE

14                   MARCI L. ELLSWORTH

                     Assistant United States Attorneys

15                   700 Stewart Street, Suite 5220

16                   Seattle, Washington 98101

                     amy.jaquette@usdoj.gov

17                   (206) 553-7970

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF RELATED CASES
*United States v. ALAN GOMEZ-MARENTES, et al.,* CR 20-092JCC
*United States v. CESAR VALDEZ-SANUDO, et al.,* CR 20-217RAJ – 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
TEL: 206-553-7970