1

2

Honorable John C. Coughenour
Honorable Richard A. Jones

3

4

5

6

7    UNITED STATES DISTRICT COURT FOR THE
8    WESTERN DISTRICT OF WASHINGTON
     AT SEATTLE

9

10   UNITED STATES OF AMERICA,                    CASE NO.  CR20-092JCC

11                  Plaintiff,

12              v.                                 **NOTICE OF RELATED CASES**

13   ALAN GOMEZ-MARENTES, et al.,

14                  Defendants.

15   UNITED STATES OF AMERICA,                     NO. CR20-217JCC

16                  Plaintiff,

17              v.                                 **NOTICE OF RELATED CASES**

18   CESAR VALDEZ-SANUDO, et al.,

19                  Defendant.

20   UNITED STATES OF AMERICA,                     NO. CR20-091RAJ

21                  Plaintiff,

22              v.                                 **NOTICE OF RELATED CASES**

23   EDGAR LUNA-GARCIA,

24                  Defendant.

25

26       Comes now the United States of America, by Tessa M. Gorman, Acting United

27   States Attorney for the Western District of Washington, and Amy Jaquette, Assistant

28

NOTICE OF RELATED CASES
*United States v. ALAN GOMEZ-MARENTES, et al.,* CR20-092JCC
*United States v. CESAR VALDEZ-SANUDO, et al.*, CR20-217JCC
*United States v. EDGAR LUNA-GARCIA, et al.*, CR20-91RAJ – 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
TEL: 206-553-7970

United States Attorney for said District, and respectfully submits the following Notice of
Related Cases pursuant to Local Criminal Rule 13(a) and (b).  The three cases captioned
above are related cases.

On July 23, 2020, the Grand Jury charged 19 members of a large drug trafficking
organization (DTO) with one count of Conspiracy to Distribute Controlled Substances, in
violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1) and 846 (Count
1), and charged a subset of those individuals with one count of Possession with Intent to
Distribute Methamphetamine, in violation of Title 21, United States Code, Sections
841(a)(1), 841(b)(1) and 846 (Count 2), among other crimes.  (CR20-092JCC, Dkt. 1.)
On this same date, the Grand Jury charged Edgar LUNA-GARCIA in a separate
indictment with one count of Conspiracy to Distribute Controlled Substances, in violation
of Title 21, United States Code, Sections 841(a)(1), 841(b)(1) and 846 (Count 1) and one
count of Possession with Intent to Distribute Methamphetamine, in violation of Title 21,
United States Code, Sections 841(a)(1), 841(b)(1) and 846 (Count 2).  (CR20-091RAJ,
Dkt. 1.)  The same facts formulate the basis of Counts 1 and 2 in both case CR20-092JCC
and CR20-091RAJ.  On July 28, 2020, agents arrested many of the indicted defendants
during a coordinated takedown of the investigation.  LUNA-GARCIA was not arrested,
as his whereabouts were unknown until recently.  On August 7, 2020, the grand jury
returned a Superseding Indictment charging a number of substantive counts and one
additional defendant.  (CR20-092JCC, Dkt. 152.)

This takedown was the culmination of more than a year of investigation into a
drug trafficking organization (DTO) distributing multi-kilo quantities of narcotics in
Western Washington.  The investigation was led by the Drug Enforcement
Administration, in partnership with Homeland Security Investigations, the Bureau of
Alcohol, Tobacco, Firearms, and Explosives, and the Federal Bureau of Investigation.
The investigation began in January 2019 and involved numerous periods of court-

NOTICE OF RELATED CASES
*United States v. ALAN GOMEZ-MARENTES, et al.,* CR20-092JCC
*United States v. CESAR VALDEZ-SANUDO, et al.,* CR20-217JCC
*United States v. EDGAR LUNA-GARCIA, et al.,* CR20-91RAJ – 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
TEL: 206-553-7970

1  authorized wiretaps, controlled purchases of drugs using confidential sources, and
2  hundreds of hours in physical and electronic surveillance.

3        At the time of the takedown in CR20-092 JCC, investigators elected to hold off on
4  indicting (or arresting) a subset of the targets of the investigation – specifically, Cesar
5  VALDEZ-SANUDO and his criminal associates.  Rather, agents continued to investigate
6  this group of individuals and received court-authorization to conduct additional wiretaps.

7        On December 9, 2020, the Grand Jury returned an Indictment charging this subset
8  of the larger investigation in a separate conspiracy.  This Indictment charged 11 members
9  of a drug trafficking organization (DTO) with one count of Conspiracy to Distribute
10  Controlled Substances, in violation of Title 21, United States Code, Sections 841(a)(1),
11  841(b)(1) and 846 (Count 1), and two of those individuals in a related count of
12  Conspiracy to Commit Money Laundering (Count 3), in violation of Title 18, United
13  States Code, Section 1956.  (CR20-217JCC, Dkt. 1.)[1]  On December 16, 2020, agents
14  arrested the 11 indicted defendants during a coordinated takedown of the investigation.

15        On March 8, 2021, the Court held an initial appearance for Edgar LUNA-
16  GARCIA after his arrest on the indictment in CR20-091RAJ.

17        All three of these cases are related, as they rely in large part on the same wiretap
18  pleadings, involve common co-conspirators, and contain instances of overlapping
19  surveillance.  Due the overlap between the three cases, the United States files this notice
20  of related cases and requests that all three cases be assigned to the same judge.  As noted
21  above, Counts 1 and 2 against LUNA-GARCIA arise from the same facts as Counts 1
22  and 2 in CR20-092JCC.  As a result, the United States intends to supersede the
23  indictment in CR20-092JCC to add LUNA-GARCIA as a defendant.  Although the
24  United States does not intend to seek to join CR20-217JCC with CR20-091RAJ and
25  CR20-092JCC for trial, it does seek to litigate any challenges to the underlying

26

27  [1] This case was originally assigned to the Honorable Richard A. Jones; the Court reassigned the case to the
28  Honorable John C. Coughenour after the United States filed a Notice of Related cases.

NOTICE OF RELATED CASES
*United States v. ALAN GOMEZ-MARENTES, et al.,* CR20-092JCC
*United States v. CESAR VALDEZ-SANUDO, et al.*, CR20-217JCC
*United States v. EDGAR LUNA-GARCIA, et al.*, CR20-91RAJ – 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
TEL: 206-553-7970

1   investigation – which will necessarily rely on common issues of law and fact – before the

2   same Court.

3        DATED this 16th day of March, 2021.

4

5                  Respectfully submitted,

6

7                  TESSA M. GORMAN
               Acting United States Attorney

8

9                  /s/ *Amy Jaquette*
               AMY JAQUETTE

10                 Assistant United States Attorney
               United States Attorney's Office

11                 700 Stewart Street, Suite 5220

12                 Seattle, Washington 98101-1271
               Phone:  206-553-7970

13                 Fax:  206-553-2636
               E-mail:  amy.jaquette@usdoj.gov

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF RELATED CASES
*United States v. ALAN GOMEZ-MARENTES, et al.,* CR20-092JCC
*United States v. CESAR VALDEZ-SANUDO, et al.,* CR20-217JCC
*United States v. EDGAR LUNA-GARCIA, et al.,* CR20-91RAJ – 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
TEL: 206-553-7970