UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>ALYSHA JONES,<br><br>                Defendant. | NO. CR20-092 JCC-11<br><br>ORDER ISSUING BENCH WARRANT<br>SUPERSEDING INDICTMENT |

A Superseding Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that a Bench Warrant shall be issued and conditions of release or detention shall be addressed at the initial appearance in this case.

DATED this ~~31st day of March 2021~~.

1st day of April, 2021

_____
UNITED STATES MAGISTRATE JUDGE

**SECRET:**   YES _____   NO __X__

---

ORDER ISSUING BENCH WARRANT – 1
SUPERSEDING INDICTMENT