Judge John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALAN GOMEZ-MARENTES, et al, <br><br> Defendants. | NO. CR20-00092JCC <br><br> GOVERNMENT'S NOTICE OF WITHDRAWAL OF COUNSEL |

The United States of America, by Tessa M. Gorman, Acting United States Attorney for the Western District of Washington, and Marci L. Ellsworth, Assistant United States Attorney for said District, files this Notice of Withdrawal of Counsel.

Assistant United States Attorney Marci L. Ellsworth withdraws as counsel of record in the above-entitled matter. Assistant United States Attorney Amy Jaquette is the assigned prosecutor and counsel of record for the United States Government; future pleadings, court documents and correspondence should continue to be forwarded to her attention.

DATED this 2nd day of April, 2021.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

*/s/ Marci L. Ellsworth*
MARCI L. ELLSWORTH
Assistant United States Attorney

Notice of Withdrawal/Gomez-Marentes, et al. -1
CR20-00092JCC

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800