Judge John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ALAN GOMEZ-MARENTES, et al.,<br><br>Defendant. | NO. CR20-092 JCC<br><br>NOTICE OF APPEARANCE |

Please take notice that C. Andrew Colasurdo, Assistant United States Attorney, hereby appears as attorney of record for the United States in the above-captioned matter.

DATED this 5th day of April 2021.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

*/s/ C. Andrew Colasurdo*
C. ANDREW COLASURDO
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-4075
Fax: (206) 553-4440

Notice of Appearance - 1
*United States v. Gomez-Marentes, et al.* / CR20-092 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970