The Hon. John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR20-092-JCC |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR THE UNITED STATES** |
| ALAN GOMEZ-MARENTES, *et al*., | |
| Defendants. | |

PLEASE TAKE NOTICE that Assistant United States Attorney ("AUSA") Jehiel I. Baer hereby appears on behalf of the United States for the specific purpose of litigating the forfeiture aspects of this case. Going forward, please serve copies of all pleadings, court documents, and correspondence on AUSA Baer at:

>JEHIEL I. BAER
>Assistant United States Attorney
>United States Attorney's Office
>700 Stewart Street, Suite 5220
>Seattle, WA  98101
>(206) 553-2242
>Jehiel.Baer@usdoj.gov

//

Notice of Appearance - 1
*United States v. Alan Gomez-Marentes, et al.,* CR20-092-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  DATED this 22nd day of June, 2021.

2

3                                       Respectfully submitted,

4                                       TESSA M. GORMAN
                                        Acting United States Attorney
5

6                                        *s/Jehiel I. Baer*
                                        JEHIEL I. BAER
7                                       Assistant United States Attorney
                                        United States Attorney's Office
8                                       700 Stewart Street, Suite 5220
                                        Seattle, WA  98101
9
                                        (206) 553-2242
10                                      Jehiel.Baer@usdoj.gov

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Appearance - 2
*United States v. Alan Gomez-Marentes, et al.,* CR20-092-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2021, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system, which sends notice of the filing to all ECF participants of record.

      s/Donna R. Taylor
DONNA R. TAYLOR
FSA Paralegal III, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101
(206) 553-4132
Donna.R.Taylor@usdoj.gov

Notice of Appearance - 3
*United States v. Alan Gomez-Marentes, et al.,* CR20-092-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970