The Hon. John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALAN GOMEZ-MARENTES, *et al*., <br><br> Defendants. | NO. CR20-092-JCC <br><br> **FORFEITURE BILL OF PARTICULARS** |

In the Second Superseding Indictment filed on April 1, 2021, the United States gave notice of its intent to seek forfeiture in this case pursuant to 21 U.S.C. § 853 (authorizing the forfeiture of property that facilitated, or constitutes proceeds of, the charged drug offenses) and 18 U.S.C. § 982(a)(1) (authorizing the forfeiture of property involved in the charged money laundering offense or traceable to such property). Dkt. No. 378, at 12–13. Now, pursuant to Fed. R. Crim. P. 7(f) and 32.2(a), the United States identifies the following property for forfeiture on the same bases:

1. $1,500 of the $9,245.00 in U.S. currency, which was seized on or about July 28, 2020, from Defendant Ruth Melisa Gomez-Marentes's residence located in Kent, Washington.

//

Bill of Particulars - 1
*United States v. Alan Gomez-Marentes, et al.,* CR20-092-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | DATED this 22nd day of June, 2021.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

 *s/Jehiel I. Baer*
JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101
(206) 553-2242
Jehiel.Baer@usdoj.gov

Bill of Particulars - 2
*United States v. Alan Gomez-Marentes, et al.,* CR20-092-JCC

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2021, I electronically filed the foregoing Bill of Particulars with the Clerk of the Court using the CM/ECF system, which sends notice of the filing to all ECF participants of record.

    s/Donna R. Taylor
DONNA R. TAYLOR
FSA Paralegal III, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101
(206) 553-4132
Donna.R.Taylor@usdoj.gov

Bill of Particulars - 3
*United States v. Alan Gomez-Marentes, et al.,* CR20-092-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970