THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>ALAN GOMEZ-MARENTES, et al.,<br><br>   Defendants. | CASE NO. CR20-0092-JCC<br><br>ORDER |

This matter comes before the Court on the Government's unopposed motion for entry of a protective order restraining certain forfeitable property (Dkt. No. 525). The United States seeks to restrain the following property:

   a. $1,500 of $9,245 in United States currency seized on July 28, 2020 from the residence of Defendant Ruth Melisa Gomez-Marentes located in Kent, Washington.

The Court, having reviewed the papers and pleadings filed in this matter, including the Government's motion and the supporting declaration of Drug Enforcement Administration Task Force Officer ("TFO") Luke A. Brandeberry, hereby FINDS entry of a protective order restraining the above-identified property (hereafter, the "Subject Currency") is appropriate because:

- The United States gave notice of its intent to pursue forfeiture of the Subject Currency in the Second Superseding Indictment (Dkt. No. 378) and Forfeiture Bill of Particulars (Dkt. No. 520);

- Based on the facts set forth in TFO Brandberry's declaration, there is probable cause to believe the Subject Currency is subject to forfeiture in this case; and
- To ensure the Subject Currency remains available for forfeiture, its continued restraint, pursuant to 21 U.S.C. § 853(e)(1), is appropriate.

NOW, THEREFORE, THE COURT ORDERS:

1. The Government's motion for a protective order restraining the Subject Currency pending the conclusion of this case (Dkt. No. 525) is GRANTED; and

2. The Subject Currency shall remain in the custody of the United States and/or its authorized agents or representatives, pending the conclusion of criminal forfeiture proceedings and/or further order of this Court.

DATED this 16th day of July 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE