AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| United States of America<br>v.<br><br>ALYSHA JONES<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 20-092 JCC-11 |
|---|---|---|

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ALYSHA JONES
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Conspiracy to Distribute Controlled Substances, 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846.
Count 2: Possession with Intent to Distribute Methamphetamine, 18 U.S.C. § 2; 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A).

Date:   04/01/2021

*Issuing officer's signature*

City and state:   Seattle, Washington

Michelle L. Peterson, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 4-1-2021, and the person was arrested on *(date)* 10-6-21
at *(city and state)* Spanaway, WA.

Date:  10-7-2021

*Arresting officer's signature*

BRADLEY E FINK   DUSM
*Printed name and title*