THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0092-JCC-11 |
| Plaintiff, | ORDER |
| v. | |
| ALYSHA JONES, | |
| Defendant. | |

This matter comes before the Court on the parties' motions to seal certain sentencing materials. (Dkt. Nos. 1061, 1064, 1069.) While the public has a common law right to inspect and copy public records, including those from judicial proceedings, these rights are not absolute. They must yield when (1) sealing a document serves a compelling interest, (2) that is substantially likely to be harmed if the document is not sealed, and (3) there are no less restrictive alternatives for protecting the interest. *See United States v. Doe*, 870 F.3d 991, 998 (9th Cir. 2017). Given the nature of the information contained in the materials at issue, these criteria are met here. Accordingly, the motions to seal (Dkt. Nos. 1061, 1064, 1069) are GRANTED and the Clerk is DIRECTED to maintain Docket Numbers 1062, 1065, and 1070 under seal.

//

//

ORDER
CR20-0092-JCC-11
PAGE - 1

DATED this 23rd day of June 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR20-0092-JCC-11
PAGE - 2