THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ALYSHA MARIE JONES,<br><br>　　　　　　　Defendant. | CASE NO. CR20-0092-JCC-11<br><br>ORDER |

This matter comes before the Court on Defendant's motion for a reduction in sentence (Dkt. No. 1174). Having considered the briefing and the relevant record, the Court DENIES the motion for the reasons explained herein.

Defendant was sentenced to a custodial term of 90 months for conspiracy to distribute controlled substances. (*See* Dkt. Nos. 378, 1074.) Defendant now asks for a reduction of that sentence pursuant to Amendment 821 to the United States Sentencing Guidelines ("USSG"). (*See* Dkt. No. 1174.) The request is based on the Sentencing Commission's change to the calculation and application of status points to an offender's criminal history category. (*Id.* at 2.)[1]

To qualify for a sentence reduction, amongst other requirements, the reduction must be consistent with the Sentencing Commission's applicable policy statements. 18 U.S.C.

---

[1] The amendment reduced or eliminated status points in certain instances. *See* USSG Amendment 821, Part A.

§ 3582(c)(2); *see United States v. Waters*, 771 F.3d 679, 680 (9th Cir. 2014) (per curiam). And according to the current version of section 1B1.10(a)(2)(B), a sentencing court is not authorized to reduce a defendant's sentence when a retroactive amendment does not result in a lower applicable sentencing range.

Here, Defendant's sentencing range is not altered by Amendment 821. This is because her criminal history remains at Category III, and thus her guideline sentence remains the same: 262–327 months. USSG Ch. 5 Pt. A Sentencing Table (offense level 37 at Category III); *see* 18 U.S.C. § 3582(c)(2). Additionally, Defendant fails to qualify as a zero-point offender because she received criminal history points from Category Four, Part A. (*See* Dkt. No. 1052 at 10–12.) Accordingly, Defendant's motion for a reduction of her sentence (Dkt. No. 1174) is DENIED.

DATED this 20th day of June 2024.

John C. Coughenour
UNITED STATES DISTRICT JUDGE